UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 OCT -5 AM 11: 38

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   vs.<br><br>EDUARDO DUFFY,<br><br>                          Defendant. | CASE NO. **2010CR3149-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__     the Court has dismissed the case for unnecessary delay; or

__     the Court has granted the motion of the Government for dismissal; or

__     the Court has granted the motion of the defendant for a judgment of acquittal; or

__     a jury has been waived, and the Court has found the defendant not guilty; or

__     the jury has returned its verdict, finding the defendant not guilty;

**X**     of the offense(s) of the Indictment/Information: <u>8 USC §1326(a) and (b) Attempted Entry After Deportation.</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 1, 2010

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE